1  BARRY E. HINKLE, Bar No. 071223
   NICOLE M. PHILLIPS, Bar No. 203786
2  CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
3  KRISTINA ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
4  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
5  Alameda, CA  94501-1091
   Telephone (510) 337-1001
6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>W.K. MCLELLAN CO., A California Corporation,<br><br>Defendant. | No.  C-07-00571 (SC)<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, Baldwin Contracting Company, Inc., by and through their counsel of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER
Case No. C-07-00571 (SC)

1. record, hereby stipulate that Plaintiff be allowed to amend and file its First Amended Complaint to
2. change Plaintiffs' name. A copy of the First Amended Complaint is attached hereto as Exhibit
3. "A."
4.     The parties further stipulate that Defendant's answer, filed on February 27, 2007 is effective
5. as a response to Plaintiff's First Amended Complaint.
6.
7. Dated: May 23 2007
8.                          WEINBERG, ROGER & ROSENFELD
9.                          A Professional Corporation
10.                    By: _____
11.                        CONCEPCION LOZANO-BATISTA
12. Dated: May 21 2007             Attorneys for Plaintiffs
13.                         COOK BROWN LLP
14.                    By: _____
15.                        Dennis Cook
16.                        Attorney for Defendant
17.
18. **ORDER**
19.
20.     Pursuant to the stipulation between the parties, it is hereby ordered that Plaintiffs may
21. amend and file their First Amended Complaint.
22.
23. Dated: 6/4/07
24.
25.                       HONORABLE _____
26.                       SENIOR _____ DISTRICT COURT
27.
28. 107713/458334

*Judge Samuel Conti*